The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATYANARAYANA KANUGONDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUNKO, INC, BRIAN MARIOTTI, RUSSELL NICKEL, KEN BROTMAN, GINO DELLOMO, CHARLES DENSON, DIANE IRVINE, ADAM KRIGER, RICHARD MCNALLY, GOLDMAN SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PIPER JAFFRAY & CO., JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED, BMO CAPITAL MARKETS CORP., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | Case No. 2:18-cv-00812-RSM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** |

Whereas, on June 4, 2018, Plaintiff Satyanarayana Kanugonda ("Plaintiff") filed the complaint in this putative class action (the "Complaint") in the United States District Court for the Western District of Washington against Funko, Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Adam Kriger, Richard McNally, Charles Denson, and Diane Irvine (collectively, the "Funko Defendants"); Goldman Sachs & Co. (now known as Goldman Sachs

STIPULATION AND ORDER EXTENDING TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND PENDING
APPOINTMENT OF LEAD PLAINTIFF AND LEAD
COUNSEL- 1
(No. 2:18-cv-00812-RSM)

**DLA PIPER LLP**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
(206) 839-4800

& Co. LLC), J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Piper Jaffray & Co., Jeffries LLC, Stifel, Nicolaus & Company, Inc., BMO Capital Markets Corp., and SunTrust Robinson Humphrey, Inc. (collectively, the "Underwriter Defendants," and together with the Funko Defendants, the "Defendants").

Whereas, the Complaint alleges violations of Sections 11, 12, and 15 of the federal Securities Act of 1933, 15 U.S.C. § 77a *et seq.*, and is subject to the lead plaintiff procedures of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

Whereas, on June 27, 2018, the Court entered an Order holding that proper notice was not provided in this action and that Plaintiff could publish notice pursuant to the PSLRA and initiate the 60-day period for class members to seek lead plaintiff status;

Whereas, on June 28, 2018, Plaintiff caused notice to be issued of the pending action pursuant to the PSLRA. The deadline for class members to move for appointment as lead plaintiff is August 27, 2018;

Whereas, counsel for the Funko Defendants and Underwriter Defendants have agreed to accept service of process on behalf of those respective Defendants who have not been served;

Whereas, there have been no prior extensions of time for Defendants to answer, move or otherwise respond to the Complaint in this Court.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their undersigned counsel and subject to the approval of this Court, that:

1. The undersigned counsel for the Funko Defendants and the Underwriter Defendants are authorized to and hereby accept service of process in this action on behalf of the unserved Funko Defendants and Underwriter Defendants, respectively, without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, including without limitation any arguments regarding personal jurisdiction or venue, except as to sufficiency of service of process.

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL- 2
(No. 2:18-cv-00812-RSM)

**DLA P**IPER LLP
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
(206) 839-4800

2. Defendants shall not be required to answer, move, or otherwise respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel.

3. Unless otherwise agreed by the parties or ordered by the Court, within fourteen (14) days after the Court appoints a lead plaintiff and lead counsel, Defendants and the lead plaintiff will confer and jointly submit a: (i) proposed schedule and dates by which the lead plaintiff will file an amended complaint or designate a complaint as the operative complaint; and (ii) briefing schedule on Defendants' anticipated motion(s) to dismiss.

SO STIPULATED AND AGREED this 27th day of August, 2018.

**DLA PIPER LLP**
By: *s/ Stellman Keehnel*
Stellman Keehnel, WSBA # 9309
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
Phone: (206) 839.4888
Fax: (206) 494.1790
stellman.keehnel@dlapiper.com

Of Counsel

**LATHAM & WATKINS LLP**
Kevin M. McDonough (admitted *Pro Hac Vice*)
Benjamin A. Naftalis (admitted *Pro Hac Vice*)
885 Third Avenue
New York, NY 10022-4834
Phone: (212) 906-1246
Fax: (212) 751-4864
kevin.mcdonough@lw.com
benjamin.naftalis@lw.com

*Attorneys for Defendants Funko, Inc.; Brian Mariotti; Russell Nickel; Ken Brotman; Gino Dellomo; Charles Denson; Diane Irvine; Adam Kriger; and Richard McNally*

**SIDLEY AUSTIN LLP**
By: *s/ Robin Wechkin*
Robin E. Wechkin, WSBA #24746
701 5th Avenue, Suite 4200
Seattle, WA 98104
Phone: (415) 439-1799
rwechkin@sidley.com

Of Counsel
Norman J. Blears (*pro hac vice* to be submitted)
nblears@sidley.com
Matthew J. Dolan (*pro hac vice* to be submitted)
mdolan@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road
Building One
Palo Alto, CA 94304
Tel: (650) 565-7000

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL- 3
(No. 2:18-cv-00812-RSM)

**DLA PIPER LLP**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
(206) 839-4800

*Attorneys for Defendants Goldman, Sachs & Co.; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.; and SunTrust Robinson Humphrey, Inc.*

| | |
|---|---|
| **HALL & GEORGE PLLC**<br>By: *s/ Spencer Hall*<br>Spencer Hall, WSBA No. 6162<br>E-mail: shall@hallgeorge.com<br>Colin M. George, WSBA No. 45131<br>E-mail: cgeorge@hallgeorge.com<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>Telephone: (206) 292-5900<br>Facsimile: (206) 292-5901 | <u>Of Counsel</u><br><br>**THE ROSEN LAW FIRM, P.A.**<br>Laurence M. Rosen, Esq. (*pro hac vice* forthcoming) (NY Bar No. 2255214)<br>Email: lrosen@rosenlegal.com<br>Phillip Kim, Esq. (*admitted pro hac vice*)<br>(NY Bar No. 4145397)<br>Email: pkim@rosenlegal.com<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>Facsimile: (213) 226-4684 |

*Attorneys for Plaintiff Satyanarayana Kanugonda*

ORDER

In accordance with the foregoing stipulation, it is so **ORDERED.**

DATED: August 28 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL- 4
(No. 2:18-cv-00812-RSM)

**DLA PIPER LLP**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
(206) 839-4800