# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SATYANARAYANA KANUGONDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, KEN BROTMAN, GINO DELLOMO, CHARLES DENSON, DIANE IRVINE, ADAM KRIGER, RICHARD MCNALLY, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PIPER JAFFRAY & CO., JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, BMO CAPITAL MARKETS CORP., and SUNTRUST ROBINSON HUMPHREY, INC.,<br><br>Defendants. | NO. C18-812 RSM<br><br>ORDER GRANTING CARL BERKELHAMMER'S RENEWED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL |

THIS MATTER, came before the court on Plaintiff Carl Berkelhammer's Renewed Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel. Dkt. #37. The Court having reviewed the submission, ORDERS, ADJUDGES, and DECREES that:

1. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Berkelhammer as Lead Plaintiff; and

ORDER GRANTING RENEWED MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD AND LIAISON COUNSEL – 1
NO. 2:18-CV-00812 SEA RSM

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101-4416
Tel.: 206-682-5600

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Berkelhammer's selection of the law firms of Scott+Scott Attorneys at Law LLP and Tousley Brain Stephens PLLC to serve as Lead and Liaison Counsel, respectively, for the putative class in this action.

Dated this 4th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

 *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
206-682-5600
206-682-3993 (fax)
Email: kstephens@tousley.com
       jstrabuk@tousley.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Thomas L. Laughlin, IV (admitted *pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444
212-223-6334 (fax)
Email: tlaughlin@scott-scott.com

*Counsel for Putative Class Member and
Lead Plaintiff Movant Carl Berkelhammer*