UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARL BERKELHAMMER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC.; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; CHARLES DENSON; DIANE IRVINE; ADAM KRIGER; RICHARD McNALLY; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; PIPER JAFFRAY & CO.; JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED; BMO CAPITAL MARKETS CORP.; SUNTRUST ROBINSON HUMPHREY, INC.; ACON INVESTMENTS, L.L.C.; and FUNDAMENTAL CAPITAL, LLC,<br><br>Defendants. | NO. C18-812 RSM<br><br>**STIPULATED MOTION AND ORDER APPLYING STAY OF CERTAIN CASE DEADLINES [DKT. 42] TO DEFENDANT FUNDAMENTAL CAPITAL, LLC** |

STIPULATED MOTION AND ORDER APPLYING STAY OF
CERTAIN CASE DEADLINES TO DEFENDANT
FUNDAMENTAL CAPITAL, LLC - 1

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# I. STIPULATION

1. On April 10, 2019, the Court granted the Stipulated Motion to stay certain case deadlines filed by Plaintiffs and the then named defendants [*see* Dkt. 42] until after a ruling on the pending Motions to Dismiss filed by those defendants in an action currently pending in the Superior Court of Washington, King County. The state court action, captioned *In re Funko, Inc. Sec. Litig.*, No. 17-2-29838-7 SEA (the "State Case"), like this action, alleges claims regarding defendant Funko Inc.'s initial public offering, Subsequent to this Court's order on the Stipulation, Plaintiffs filed an amended complaint in this lawsuit which for the first time named Defendant Fundamental Capital, LLC ("Fundamental Capital") as a party.

2. On April 10, 2019, the Court granted the Stipulated Motion to stay certain case deadlines filed by Plaintiffs and the then named defendants [*see* Dkt. 42] until after a ruling on the pending Motions to Dismiss filed by those defendants in an action currently pending in the Superior Court of Washington, King County. The state court action, captioned *In re Funko, Inc. Sec. Litig.*, No. 17-2-29838-7 SEA (the "State Case"), like this action, alleges claims regarding defendant Funko Inc.'s initial public offering, Subsequent to this Court's order on the Stipulation, Plaintiffs filed an amended complaint in this lawsuit which for the first time named Defendant Fundamental Capital, LLC ("Fundamental Capital") as a party.

3. Fundamental Capital is also a named defendant in the State Case and has also filed a Motion to Dismiss in the State Case. The court in the State Case has not issued any ruling on Fundamental Capital's Motion to Dismiss.

4. On May 16, 2019, Defendant Fundamental Capital, LLC executed a waiver of service in this lawsuit.

5. Pursuant to Local Civil Rules 7(d)(1) and 10(g) and without waiving any of their rights, arguments, claims, or defenses, Lead Plaintiff Carl Berkelhammer ("Lead Plaintiff") and Fundamental Capital, by and through their undersigned counsel of record, hereby stipulate and agree that the stay ordered in Dkt. 42, including all deadlines and terms set forth therein, also applies to Fundamental Capital.

STIPULATED MOTION AND ORDER APPLYING STAY OF CERTAIN CASE DEADLINES TO DEFENDANT FUNDAMENTAL CAPITAL, LLC - 2

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

SO STIPULATED AND AGREED this 9th day of July 2019.

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
kstephens@tousley.com
jstrabuk@tousley.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ Jeffrey P. Jacobson [email authorization]*
Thomas L. Laughlin, IV (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
tlaughlin@scott-scott.com
jjacobson@scott-scott.com

*Attorneys for Lead Plaintiff Carl Berkelhammer*

**SAVITT BRUCE & WILLEY LLP**

By: */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
swilley@sbwllp.com

**REED SMITH LLP**
James L. Sanders (*pro hac vice pending*)
Carla M. Wirtschafter (*pro hac vice pending*)
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
jsanders@reedsmith.com
cwirtschafter@reedsmith.com

*Attorneys for Defendant Fundamental Capital, LLC*

STIPULATED MOTION AND ORDER APPLYING STAY OF
CERTAIN CASE DEADLINES TO DEFENDANT
FUNDAMENTAL CAPITAL, LLC - 3

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## II. ORDER

In accordance with the foregoing stipulation, it is so **ORDERED** this 11th day of July 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE