The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARL BERKELHAMMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; CHARLES DENSON; DIANE IRVINE; ADAM KRIGER; RICHARD McNALLY; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; PIPER JAFFRAY & CO.; JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED; BMO CAPITAL MARKETS CORP.; SUNTRUST ROBINSON HUMPHREY, INC., ACON INVESTMENTS, L.L.C.; and FUNDAMENTAL CAPITAL, LLC,<br><br>Defendants. | NO. 2:18-cv-00812-DGE<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's November 8, 2021 order, Lead Plaintiff Carl Berkelhammer and Defendants Funko, Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Charles Denson, Diane Irvine, Adam Kriger, Richard McNally, Goldman, Sachs & Co. (n/k/a Goldman, Sachs & Co. LLC), J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated, Piper Jaffray & Co., Jeffries LLC, Stifel, Nicolaus & Company, Inc., BMO Capital Markets Corp., and Suntrust Robinson Humphrey, Inc., ACON Investments, L.L.C., and

JOINT STATUS REPORT - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Fundamental Capital, LLC ("Defendants," and collectively with Lead Plaintiff, the "Parties") write jointly to provide a report on the status of the above-captioned matter.

As the Court is aware, this case has been stayed in nearly all material respects since April 10, 2019. (*See* ECF 42 (the "Stay").) The purpose of the Stay was to allow the adjudication of the defendants' motion to dismiss in a state court litigation based on the same nucleus of facts and putative class claims, captioned *In re Funko, Inc. Sec. Litig.*, No. 17-2-29838-7 SEA (the "State Case"), and in so doing promote judicial efficiency by permitting the cases to proceed in parallel. The Stay stayed Defendants' deadline to answer or move to dismiss the operative complaint and further provided: "If the motion to dismiss is denied in the State Case and Defendants elect not to move to dismiss the Amended Complaint, the Federal Case will proceed in coordinated fashion with the State Case with respect to discovery." (ECF No. 42 at 3.)

The defendants' motion to dismiss in the State Case was granted on August 5, 2020. (State Case, Dkt. No. 99.) However, the plaintiffs appealed, and the trial court's ruling was reversed in part on November 1, 2021. *In re Funko, Inc. Sec. Litig.*, No. 81811-2-I (Wash. Ct. of Appeals Nov. 1, 2021).

Defendants have until December 1, 2021 to petition the Washington Supreme Court to hear their appeal of the Court of Appeals decision. Thus, the State Case has not yet been returned to the trial court for further proceedings.

Accordingly, the Parties respectfully request that the Stay be continued, subject to a further joint status report to be filed on or before December 8, 2021.

JOINT STATUS REPORT - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| Dated this 22nd day of November, 2021. | Respectfully submitted, |

                                             **TOUSLEY BRAIN STEPHENS PLLC**

By: /s/Kim D. Stephens
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

Of Counsel:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV (*pro hac vice*)
tlaughlin@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Lead Plaintiff Carl Berkelhammer*

**DLA PIPER LLP**

By: /s/David I. Freeburg
David I. Freeburg, WSBA #48935
david.freeburg@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801

Of Counsel:

**LATHAM & WATKINS LLP**
Kevin M. McDonough (*pro hac vice*)
kevin.mcdonough@lw.com
Benjamin A. Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendants Funko, Inc.; Brian Mariotti; Russell Nickel; Ken Brotman; Gino Dellomo; Charles Denson; Diane Irvine; Adam Kriger; and Richard McNally*

JOINT STATUS REPORT - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **SIDLEY AUSTIN LLP** |
| 2 | By: _/s/Robin E. Wechkin_ |
| 3 | Robin E. Wechkin, WSBA #24746<br>rwechkin@sidley.com |
| 4 | 8426 316th Pl. SE<br>Issaquah, Washington 98027 |
| 5 | Telephone: (415) 439-1799 |
| 6 | *Attorneys for Defendants Goldman, Sachs & Co. LLC; J.P. Morgan Securities LLC;* |
| 7 | *Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies* |
| 8 | *LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.;* |
| 9 | *and SunTrust Robinson Humphrey, Inc.* |
| 10 | **SAVITT BRUCE & WILLEY LLP** |
| 11 | By: _/s/Stephen C. Willey_<br>Stephen C. Willey, WSBA #24499 |
| 12 | 1425 Fourth Avenue, Suite 800<br>Seattle, Washington 98101 |
| 13 | Telephone: (206) 749-0500<br>swilley@sbwllp.com |
| 14 | Of Counsel: |
| 15 | **REED SMITH LLP** |
| 16 | James L. Sanders (*pro hac vice*)<br>Carla M. Wirtschafter (*pro hac vice*) |
| 17 | 1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067 |
| 18 | Telephone: (310) 734-5200<br>jsanders@reedsmith.com |
| 19 | cwirtschafter@reedsmith.com |
| 20 | *Attorneys for Defendant Fundamental Capital, LLC* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

JOINT STATUS REPORT - 4

**AEGIS LAW GROUP LLP**

By: /s/Michael K. Ross
Michael K. Ross, WSBA # 22740
mross@aegislawgroup.com
Sean M. Roberts, WSBA # 48188
sroberts@aegislawgroup.com
801 Pennsylvania Avenue, NW, Suite 740
Washington, D.C. 20004
Telephone: (202) 737-3500
Facsimile: (202) 735-5071

*Attorneys for Defendant ACON Investments, L.L.C.*

JOINT STATUS REPORT - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 22nd day of November, 2021.

By: */s/Kim D. Stephens*
Kim D. Stephens, WSBA #11984
kstephens@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

CERTIFICATE OF SERVICE

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992