1                                             The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARL BERKELHAMMER, Individually and On Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>v.<br><br>FUNKO, INC; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; CHARLES DENSON; DIANE IRVINE; ADAM KRIGER; RICHARD McNALLY; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; PIPER JAFFRAY & CO.; JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED; BMO CAPITAL MARKETS CORP.; SUNTRUST ROBINSON HUMPHREY, INC., ACON INVESTMENTS, L.L.C.; and FUNDAMENTAL CAPITAL, LLC,<br><br>                       Defendants. | NO. 2:18-cv-00812-DGE<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER; NOTE ON MOTION CALENDAR:**<br><br>**FEBRUARY 7, 2023** |

The Parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and 10(g) to request that the Court extend the deadlines set on December 22, 2022 [Dkt. 89] for stipulated briefing schedule on Defendants' anticipated motion to dismiss [Dkt. 88]. The Parties respectfully submit that good cause exists to extend the deadline while the Parties explore whether a continuation of the stay is beneficial. In support of their Stipulated Motion, the Parties state as follows:

1. Pursuant to the Court's December 22, 2022 order [Dkt. 89] (the "December 22 Order"), Lead Plaintiff Carl Berkelhammer and Defendants Funko, Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Charles Denson, Diane Irvine, Adam Kriger, Richard McNally, Goldman, Sachs & Co. (n/k/a Goldman, Sachs & Co. LLC), J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated, Piper Jaffray & Co., Jeffries LLC, Stifel, Nicolaus & Company, Inc., BMO Capital Markets Corp., and Suntrust Robinson Humphrey, Inc. (n/k/a Truist Securities, Inc.), ACON Investments, L.L.C., and Fundamental Capital, LLC ("Defendants," and collectively with Lead Plaintiff, the "Parties") write jointly to request an extension of time to the briefing schedule for Defendants' anticipated motion to dismiss:

2. In order to resolve these pending claims, and substantively identical claims that are pending in Washington Superior Court, the Parties engaged a mediator and scheduled a mediation for February 14, 2023. However, Plaintiffs in the Washington State court action requested to postpone the mediation, and it has been rescheduled for May 16, 2023.

3. The Parties continue to believe that briefing on this motion to dismiss would be an inefficient use of the Parties' and the Courts' resources while the mediation is pending.

4. For this reason, the parties respectfully submit that good cause exists for this limited extension of time. The Parties therefore stipulate to extend the

1  deadline for a request to extend Defendants' motion to dismiss filing deadline from
2  March 13, 2023 to June 14, 2023, with Plaintiff's opposition to Defendants'
3  motion to dismiss due extended from April 26, 2023 to July 27, 2023, and
4  Defendants' reply deadline extended from May 17, 2023 to August 18, 2023.
5     WHEREFORE, the Parties jointly ask the Court to extend the Parties'
6  deadlines as set forth above.
7     IT IS SO STIPULATED.
8     RESPECTFULLY SUBMITTED AND DATED this 7th day of February,
9  2023.

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

1   Counsel for all parties has consented to the content of this document and
2   authorized the use of their electronic signatures:
3
4   **TOUSLEY BRAIN STEPHENS PLLC**          **DLA PIPER LLP (US)**

5   By: *s/ Kim D. Stephens*                 By: *s/ David Freeburg*
    Kim D. Stephens, WSBA #11984             David I. Freeburg, WSBA #48935
6   kstephens@tousley.com                    david.freeburg@us.dlapiper.com
7   1700 Seventh Avenue, Suite 2200          701 Fifth Avenue, Suite 6900
    Seattle, Washington 98101                Seattle, Washington 98104-7044
8   Telephone: (206) 682-5600                Telephone: (206) 839-4800
9   Facsimile: (206) 682-2992                Facsimile: (206) 839-4801

10  Of Counsel:                              Of Counsel:
11
    **SCOTT+SCOTT ATTORNEYS AT LAW**         **LATHAM & WATKINS LLP**
12  **LLP**
    Thomas L. Laughlin, IV (*pro hac vice*)  By: *s/ Thomas J. Giblin*
13  tlaughlin@scott-scott.com                Thomas J. Giblin (*pro hac vice*)
14  The Helmsley Building                    Thomas.giblin@lw.com
    230 Park Avenue, 17th Floor              Kevin M. McDonough (*pro hac vice*)
15  New York, NY 10169                       kevin.mcdonough@lw.com
16  Telephone: (212) 223-6444                1271 Avenue of the Americas
    Facsimile: (212) 223-6334                New York, NY 10020
17                                           Telephone: (212) 906-1200
18  *Attorneys for Lead Plaintiff Carl*      Facsimile: (212) 751-4864
    *Berkelhammer*
19                                           *Attorneys for Defendants Funko, Inc.;*
20                                           *Brian Mariotti; Russell Nickel; Ken*
                                             *Brotman; Gino Dellomo; Charles*
21                                           *Denson; Diane Irvine; Adam Kriger;*
22                                           *and Richard McNally*
23
24
25
26
27
28

STIPULATED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DECEMBER 22, 2022 ORDER - 4
(No. 2:18-cv-00812-DGE)

**SIDLEY AUSTIN LLP**

By: *s/ Robin E. Wechkin*
Robin E. Wechkin, WSBA #24746
rwechkin@sidley.com
8426 316th Pl. SE
Issaquah, Washington 98027
Telephone: (415) 439-1799

*Attorneys for Defendants Goldman, Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.; and SunTrust Robinson Humphrey, Inc. (n/k/a Truist Securities, Inc.)*

**SAVITT BRUCE & WILLEY LLP**

By: *s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
swilley@sbwllp.com

Of Counsel:

**REED SMITH LLP**
James L. Sanders (*pro hac vice*)
Carla M. Wirtschafter (*pro hac vice*)
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
jsanders@reedsmith.com
cwirtschafter@reedsmith.com

*Attorneys for Defendant Fundamental Capital, LLC*

|   |   |
|---|---|
| 1 | |
| 2 | **AEGIS LAW GROUP LLP** |
| 3 | By: *s/ Michael K. Ross* |
| 4 | Michael K. Ross, WSBA # 22740<br>mross@aegislawgroup.com |
| 5 | Sean M. Roberts, WSBA # 48188<br>sroberts@aegislawgroup.com |
| 6 | 801 Pennsylvania Avenue, NW, Suite 740 |
| 7 | Washington, D.C. 20004<br>Telephone: (202) 737-3500 |
| 8 | Facsimile: (202) 735-5071 |
| 9 | |
| 10 | *Attorneys for Defendant ACON Investments, L.L.C.* |

(Lines 11–28 blank)