UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL BERKELHAMMER,<br><br>    Plaintiff,<br> v.<br><br>FUNKO INC,<br><br>    Defendant. | CASE NO. 2:18-cv-00812-DGE<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION (DKT. NO. 90.) |

The Court hereby grants the Parties' Stipulated Motion for Extension of Time to respond to the December 22, 2022 Order (Dkt. No. 89). Defendants are directed to file their anticipated motions to dismiss on or before June 14, 2023, with Plaintiff's opposition due on or before July 27, 2023, and Defendants' reply due on August 18, 2023.

Dated this 23rd day of February, 2023.

David G. Estudillo

ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 90.) - 1

1
                                      United States District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 90.) - 2