# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| Carl Berkelhammer et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | CASE NUMBER. 2:18-cv-00812-DGE |
| v. | |
| Funko, Inc et al., | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Voluntary Dismissal (Dkt. No. 99) is GRANTED.  This case is DISMISSED without prejudice. Defendant Fundamental Capital, LLC's Motion to Dismiss (Dkt. No. 93) is DENIED as moot.  Defendant ACON Investments, LLC.'s Motion to Dismiss (Dkt. No. 94) is DENIED as moot.  Funko Defendants' Motion to Dismiss (Dkt. No. 95) is DENIED as moot.

Dated October 13, 2023.

Ravi Subramanian
Clerk of Court

s/ Z. George
Deputy Clerk
